/sUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| John Simonis,               ) | |
|                             ) | |
|                             ) | |
|         Plaintiff,          ) | |
|                             ) | |
|    vs.                      ) | Case No. 4:22-cv-00233-UNA |
|                             ) | |
| Kraft Heinz Foods Company, LLC, ) | |
|                             ) | |
|                             ) | |
|                             ) | |
|                             ) | |
|         Defendants.         ) | |

**ORDER**

The above styled and numbered case was opened on February 24, 2022 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Shirley P. Mensah, United States Magistrate Judge, under cause number 2:22-cv-00009-SPM.

**IT IS FURTHER ORDERED** that cause number 4:22-cv-00233 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: February 24, 2022                              By:  /s/ Michele Crayton
                                                           Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:22-cv-00009-SPM.**